# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YVETTE FELARCA** *et al.*, <br><br> **Plaintiffs**, <br><br> vs. <br><br> **ROBERT J. BIRGENEAU** *et al.*, <br><br> **Defendants.** | Case No.: C-11-05179 YGR <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT, the Case Management Conference in this matter is hereby **CONTINUED** from July 30, 2012 to **Monday, September 10, 2012** at **2:00 p.m.**, at the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, in a courtroom to be designated.

**IT IS SO ORDERED.**

**Date: July 26, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**