AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Yvette Felarca, et al
　　　　　　　　　　Plaintiff (s),
V.
Robert J. Birgeneau, et al
　　　　　　　　　　Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY AND ORDER**

CASE NUMBER: C-11-05719 YGR

Notice is hereby given that, subject to approval by the court, __N. Hernandez__ substitutes
(Party (s) Name)

__Russell M. Perry__, State Bar No. __246252__ as counsel of record in
(Name of New Attorney)

place of __Janine L. Scancarelli, Crowell & Moring, LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　Firm Name: Lackie, Dammeier & McGill, APC
　Address: 367 N. Second Avenue, Upland, CA 91786
　Telephone: (909) 985-4003　　Facsimile (909) 985-3299
　E-Mail (Optional): russell@policeattorney.com

I consent to the above substitution.
Date:　8/28/2012
　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date:　8/29/12
　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date:　8/28/2012
　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 14, 2012

United States District Judge
YVONNE GONZALEZ ROGERS

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]