AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

Yvette Felarca, et al
Plaintiff(s),

V.

Robert J. Birgeneau, et al
Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY AND ORDER**

CASE NUMBER: C-11-05719 YGR

Notice is hereby given that, subject to approval by the court, **Rick Florendo** (Party(s) Name) substitutes **Russell M. Perry** (Name of New Attorney), State Bar No. **246252** as counsel of record in place of **Janine L. Scancarelli, Crowell & Moring, LLP** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Lackie, Dammeier & McGill, APC
Address: 367 N. Second Avenue, Upland, CA 91786
Telephone: (909) 985-4003    Facsimile (909) 985-3299
E-Mail (Optional): russell@policeattorney.com

I consent to the above substitution.
Date: 8/28/2012
(Signature of Party(s))

I consent to being substituted.
Date: 8/28/12
/s/ Janine Scancarelli
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 8/28/2012
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 14, 2012
Unites States District Court Judge
YVONNE GONZALEZ ROGERS

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]