§ AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Yvette Felarca, et al
            Plaintiff (s),
V.
Robert J. Birgeneau, et al
           Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY AND ORDER**

CASE NUMBER: C-11-05719 YGR

Notice is hereby given that, subject to approval by the court, **Samantha Lachler** (Party (s) Name) substitutes **Russell M. Perry** (Name of New Attorney), State Bar No. **246252**, as counsel of record in place of **Janine L. Scancarelli, Crowell & Moring, LLP** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: Lackie, Dammeier & McGill, APC
    Address: 367 N. Second Avenue, Upland, CA 91786
    Telephone: (909) 985-4003     Facsimile: (909) 985-3299
    E-Mail (Optional): russell@policeattorney.com

I consent to the above substitution.
Date: 8/28/2012
                Samantha Lachler (Signature of Party (s))

I consent to being substituted.
Date: 8/28/12
                /s/ Janine L. Scancarelli (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/28/2012
                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 14, 2012
                Unites States District Court Judge
                YVONNE GONZALEZ ROGERS

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]