| | |
|---|---|
| 1 | RONALD CRUZ, California Bar No. 267038 |
| | SHANTA DRIVER, Michigan Bar No. P65007* |
| 2 | SCHEFF, WASHINGTON & DRIVER, P.C. |
| | 1985 Linden Street |
| 3 | Oakland, CA 94607 |
| | (510) 384-8859  Fax: 313-963-7587 |
| 4 | ronald.cruz@ueaa.net |
| | Attorneys for Plaintiffs |
| 5 | *Admitted *pro hac vice* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE FELARCA, et al. | CASE NO.: 4:11-cv-05719-YGR |
| Plaintiffs, | STIPULATION AND ~~PROPOSED~~ ORDER TO REVISE CASE SCHEDULE |
| vs. | |
| ROBERT J. BIRGENEAU, et al., | Date:  November 13, 2012 |
| Defendants. | Time:  2:00 p.m. |
| | Ctrm:  TBD |
| | Judge: Hon. Yvonne Gonzalez Rogers |

The parties, by and through their respective counsel, stipulate as follows:

**I.     RECITALS**

1. On September 4, 2012, this Court ordered the following schedule for this case, per the stipulated request of the parties:

    A. Defendants' responses to the Amended Complaint are due September 18, 2012.

    B. Plaintiffs' oppositions to any motions filed in response to the Amended Complaint are due October 16, 2012.

    C. Any replies to oppositions to motions filed in response to the Amended Complaint are due on October 30, 2012.

    D. Hearings on any motions filed in response to the Amended Complaint shall take place on Tuesday, November 13, 2012, at 2 p.m.

    E. The Case Management Conference is set for December 3, 2012.

2. This was the first postponement of the current proceedings: the Case Management Conference (CMC) had previously been scheduled for September 10, 2012. The current stipulation is not requesting a further postponement of the CMC.

3. Counsel for plaintiffs have requested that defendants stipulate to a one-week extension of the deadline for plaintiffs' opposition. Plaintiffs' counsel, in addition to preparing for a felony immigration trial with the defendant still in custody that begins October 16, were occupied with representing a union in an unforeseen September 30-October 5 strike; and lead counsel Shanta Driver has come down with health problems that have constricted her workday and prevented her from traveling.

4. Counsel for defendants have agreed to a one-week extension of the deadline for plaintiffs' opposition, provided that the deadline for their reply is likewise extended by one week.

5. Therefore, counsel for the parties have agreed to stipulate to the following briefing schedule, subject to the Court's approval: plaintiffs' opposition to defendants' motions would be due October 23, 2012; and replies to oppositions to motions would be due November 6, 2012.

6. The attorneys have consulted and have determined that we are all jointly available on the following possible date for the hearing: November 20, 2012.

7. If granted, the motions to dismiss would narrow the issues of this case.

**II.**   **STIPULATION**

1. Plaintiffs' oppositions to any motions filed in response to the Amended Complaint shall be due on October 23, 2012.

2. Any replies to oppositions to motions filed in response to the Amended Complaint shall be due on November 6, 2012.

3. Hearings on any motions filed in response to the Amended Complaint shall take place on Tuesday, November 20, 2012 at 2 p.m., or at such other time as the Court may order.

By the parties' attorneys IT IS SO STIPULATED,

Date: October 15, 2012      SCHEFF, WASHINGTON & DRIVER

By   /s/ Ronald Cruz
     RONALD CRUZ
Attorneys for Plaintiffs

Date: October 15, 2012      ANDRADA & ASSOCIATES

By _____
     RANDY ANDRADA
Attorneys for Defendants
GREGORY AHERN, OFFICER CHAVEZ,
OFFICER GARCIA, OFFICER KING and
OFFICER OBICHERE

Dated: October 15, 2012      CROWELL & MORING, LLP

By   /s/ Janine L. Scancarelli
     JANINE L. SCANCARELLI
Attorneys for Defendants
ROBERT J. BIRGENEAU, GEORGE
BRESLAUER, HARRY LE GRANDE, LINDA
WILLIAMS, JOHN WILTON, CLAIRE
HOLMES, MITCHELL CELAYA

Dated: October 15, 2012      LACKIE, DAMMEIER, MCGILL & ETHIR, APC

1  
2  
3  

By  /s/ Russell M. Perry
   RUSSELL M. PERRY
Attorneys for Defendants
OFFICER N. HERNANDEZ, OFFICER LACHLER and DETECTIVE RICK FLORENDO

4  
5  

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.  /s/ Ronald Cruz

6  

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

7  Dated:   October 17, 2012

8  

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24