1  RONALD CRUZ, California Bar No. 267038
   SHANTA DRIVER, Michigan Bar No. P65007*
2  SCHEFF, WASHINGTON & DRIVER, P.C.
   1985 Linden Street
3  Oakland, CA 94607
   (510) 384-8859  Fax: 313-963-7587
4  ronald.cruz@ueaa.net
   Attorneys for Plaintiffs
5  *Admitted *pro hac vice*

6

7              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
8

9  YVETTE FELARCA, et al.                    **CASE NO.: 4:11-cv-05719-YGR**

10 Plaintiffs,                               **STIPULATION AND PROPOSED**
                                             **ORDER TO REVISE CASE**
   vs.                                       **SCHEDULE**
11

12 ROBERT J. BIRGENEAU, et al.,              Date:   November 20, 2012
                                             Time:   2:00 p.m.
13 Defendants.                               Ctrm:   TBD
   _____   Judge:  Hon. Yvonne Gonzalez Rogers

14      The parties, by and through their respective counsel, stipulate as follows:

15     **I.      RECITALS**

16      1.  On October 17, 2012, this Court ordered the following schedule for this case, per

17      the parties' stipulation, which was entered at the request of the plaintiffs:

18              i.   Oppositions to motions filed in response to the Amended

19                   Complaint were due on October 23, 2012.

20              ii.  Replies to oppositions to motions filed in response to the Amended

21                   Complaint are due on November 6, 2012.

22              iii. Hearings on any motions filed in response to the Amended

23                   Complaint shall take place on Tuesday, November 20, 2012, at 2

24                   p.m.

1           iv.   The Case Management Conference is set for December 3, 2012.

2    2. This was the second postponement of the current proceedings.  The hearing on

3        motions filed in response to the Amended Complaint had previously been

4        scheduled for November 13, 2012, and the Case Management Conference (CMC)

5        had previously been scheduled for September 10, 2012.

6    3. Counsel for plaintiffs have requested that defendants stipulate to a rescheduling of

7        the November 20 hearings and the December 3 Initial Case Management

8        Conference. Plaintiffs' lead counsel, Shanta Driver, has been invited to speak at

9        an international conference in London November 21, 2012, the day after the

10       current hearing date for motions responding to the Amended Complaint. She also

11       will prepare for and appear at an immigration hearing in London that week.

12   4. The motions to dismiss, if granted, would narrow the issues of this case before the

13       Case Management Conference.

14   5. Counsel for the parties have agreed to stipulate to the following briefing schedule,

15       subject to the Court's approval: any replies to oppositions to motions would be

16       due November 13, 2012. (Previously, the Court granted an extension that

17       provided plaintiffs an additional week to prepare their oppositions; this date

18       change would similarly give defendants an additional week to prepare their

19       replies.)

20   6. The attorneys have consulted and determined that we are all jointly available on

21       December 4, 2012 for the hearing on motions to dismiss.

22   7. The attorneys have consulted and determined that we are all jointly available on

23       December 17, 2012, or a later Monday, for the Initial Case Management

24       Conference.

STIPULATION AND PROPOSED ORDER REVISING CASE SCHEDULE
CASE NO. C-11-05719 YGR

## II.    STIPULATION

1. Any replies to oppositions to motions filed in response to the Amended Complaint shall be due on November 13, 2012.

2. Hearings on any motions filed in response to the Amended Complaint shall take place on Tuesday, December 4, 2012 at 2 p.m., or at such other time as the Court may order.

3. The Initial Case Management Conference shall take place on Monday, December 17, 2012 at 2 p.m., or at such other time as the Court may order.

By the parties' attorneys IT IS SO STIPULATED,

Date: October 30, 2012                     SCHEFF, WASHINGTON & DRIVER


By ___/s/ Ronald Cruz_____
RONALD CRUZ
Attorneys for Plaintiffs

Date: October 30, 2012                     ANDRADA & ASSOCIATES


By _____
LYNNE G. STOCKER
Attorneys for Defendants
GREGORY AHERN, OFFICER
CHAVEZ, OFFICER GARCIA, OFFICER
KING and OFFICER OBICHERE

Dated: October 30, 2012                    CROWELL & MORING, LLP


By _____
JANINE L. SCANCARELLI
Attorneys for Defendants
ROBERT J. BIRGENEAU, GEORGE
BRESLAUER, HARRY LE GRANDE,

1. Any replies to oppositions to motions filed in response to the Amended Complaint shall
   be due on November 13, 2012.

2. Hearings on any motions filed in response to the Amended Complaint shall take place on
   Tuesday, December 4, 2012 at 2 p.m., or at such other time as the Court may order.

3. The Initial Case Management Conference shall take place on Monday, December 17,
   2012 at 2 p.m., or at such other time as the Court may order.

By the parties' attorneys IT IS SO STIPULATED,

Date: October 30, 2012                    SCHEFF, WASHINGTON & DRIVER


                                          By ____/s/ Ronald Cruz_____
                                             RONALD CRUZ
                                             Attorneys for Plaintiffs

Date: October 30, 2012                    ANDRADA & ASSOCIATES


                                          By _____
                                             LYNNE G. STOCKER
                                             Attorneys for Defendants
                                             GREGORY AHERN, OFFICER CHAVEZ,
                                             OFFICER GARCIA, OFFICER KING and
                                             OFFICER OBICHERE

Dated: October 30, 2012                   CROWELL & MORING, LLP


                                          By _____
                                             JANINE L. SCANCARELLI
                                             Attorneys for Defendants
                                             ROBERT J. BIRGENEAU, GEORGE
                                             BRESLAUER, HARRY LE GRANDE, LINDA
                                             WILLIAMS, JOHN WILTON, CLAIRE
                                             HOLMES, MITCHELL CELAYA

Dated: October 30, 2012                   LACKIE, DAMMEIER, MCGILL & ETHIR, APC

1

2

3

By _____
   RUSSELL M. PERRY
   Attorneys for Defendants
   OFFICER N. HERNANDEZ, OFFICER
   LACHLER and DETECTIVE RICK FLORENDO

4

PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6

Dated: _____, 2012

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24