RONALD CRUZ, California Bar No. 267038
SHANTA DRIVER, Michigan Bar No. P65007*
SCHEFF, WASHINGTON & DRIVER, P.C.
1985 Linden Street
Oakland, CA 94607
(510) 384-8859 Fax: 313-963-7587
ronald.cruz@ueaa.net
Attorneys for Plaintiffs
*Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

YVETTE FELARCA, et al.

Plaintiffs,

vs.

ROBERT J. BIRGENEAU, et al.,

Defendants.

**CASE NO.: 4:11-cv-05719-YGR**

**STIPULATION AND *MODIFIED* ORDER TO REVISE CASE SCHEDULE**

Date: November 20, 2012
Time: 2:00 p.m.
Ctrm: TBD
Judge: Hon. Yvonne Gonzalez Rogers

The parties, by and through their respective counsel, stipulate as follows:

**I. RECITALS**

1. On October 17, 2012, this Court ordered the following schedule for this case, per the parties' stipulation, which was entered at the request of the plaintiffs:

   i. Oppositions to motions filed in response to the Amended Complaint were due on October 23, 2012.

   ii. Replies to oppositions to motions filed in response to the Amended Complaint are due on November 6, 2012.

   iii. Hearings on any motions filed in response to the Amended Complaint shall take place on Tuesday, November 20, 2012, at 2 p.m.

   iv. The Case Management Conference is set for December 3, 2012.

2. This was the second postponement of the current proceedings. The hearing on motions filed in response to the Amended Complaint had previously been scheduled for November 13, 2012, and the Case Management Conference (CMC) had previously been scheduled for September 10, 2012.

3. Counsel for plaintiffs have requested that defendants stipulate to a rescheduling of the November 20 hearings and the December 3 Initial Case Management Conference. Plaintiffs' lead counsel, Shanta Driver, has been invited to speak at an international conference in London November 21, 2012, the day after the current hearing date for motions responding to the Amended Complaint. She also will prepare for and appear at an immigration hearing in London that week.

4. The motions to dismiss, if granted, would narrow the issues of this case before the Case Management Conference.

5. Counsel for the parties have agreed to stipulate to the following briefing schedule, subject to the Court's approval: any replies to oppositions to motions would be due November 13, 2012. (Previously, the Court granted an extension that provided plaintiffs an additional week to prepare their oppositions; this date change would similarly give defendants an additional week to prepare their replies.)

6. The attorneys have consulted and determined that we are all jointly available on December 4, 2012 for the hearing on motions to dismiss.

7. The attorneys have consulted and determined that we are all jointly available on December 17, 2012, or a later Monday, for the Initial Case Management Conference.

## II. STIPULATION

1. Any replies to oppositions to motions filed in response to the Amended Complaint shall be due on November 13, 2012.

2. Hearings on any motions filed in response to the Amended Complaint shall take place on Tuesday, December 4, 2012 at 2 p.m., or at such other time as the Court may order.

3. The Initial Case Management Conference shall take place on Monday, December 17, 2012 at 2 p.m., or at such other time as the Court may order.

By the parties' attorneys IT IS SO STIPULATED,

Date: October 30, 2012

SCHEFF, WASHINGTON & DRIVER

By ___/s/ Ronald Cruz___________
RONALD CRUZ
Attorneys for Plaintiffs

Date: October 30, 2012

ANDRADA & ASSOCIATES

By ___________________________
LYNNE G. STOCKER
Attorneys for Defendants
GREGORY AHERN, OFFICER CHAVEZ, OFFICER GARCIA, OFFICER KING and OFFICER OBICHERE

Dated: October 30, 2012

CROWELL & MORING, LLP

By ___________________________
JANINE L. SCANCARELLI
Attorneys for Defendants
ROBERT J. BIRGENEAU, GEORGE BRESLAUER, HARRY LE GRANDE, LINDA WILLIAMS, JOHN WILTON, CLAIRE HOLMES, MITCHELL CELAYA

Dated: October 30, 2012

LACKIE, DAMMEIER, MCGILL & ETHIR, APC

By ______________________________
RUSSELL M. PERRY
Attorneys for Defendants
OFFICER N. HERNANDEZ, OFFICER LACHLER and DETECTIVE RICK FLORENDO

The Hearing on the Defendants' Motions to Dismiss is **CONTINUED** from November 20, 2012 to **December 11, 2012**.

The Case Management Conference is **CONTINUED** from December 3, 2012 to **February 11, 2013**.

**PURSUANT TO STIPULATION, AS MODIFIED, IT IS SO ORDERED.**

Dated: October 31, 2012

______________________________
Hon. Yvonne Gonzalez Rogers
United States District Court Judge