**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **YVETTE FELARCA** *et al.*,<br><br>    Plaintiff(s),<br><br>    vs.<br><br>**ROBERT J. BIRGENEAU** *et al.*,<br><br>    Defendant(s). | Case No.: 11-CV-05719 YGR<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiffs' Motion to Withdraw (Dkt. No. 107) Plaintiffs' Motion for Leave to File Second Amended Complaint (Dkt. No. 104) is **GRANTED**.  Docket Number 104 is **WITHDRAWN**.

Plaintiffs' Updated Motion for Leave to File Second Amended Complaint (Dkt. No. 105) is **GRANTED**.

Plaintiffs shall file the Proposed Second Amended Complaint, attached as Exhibit A to their motion (Dkt. No. 105-1), as their Second Amended Complaint.

This terminates Docket Nos. 104, 105, and 107.

**IT IS SO ORDERED**.

Date: May 7, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**