# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YVETTE FELARCA**, *et al.*, | **Case No.: 11-CV-5719 YGR** |
| Plaintiffs, | **CASE MANAGEMENT AND PRETRIAL ORDER; ORDER VACATING CASE MANAGEMENT CONFERENCE SET FOR MARCH 10, 2014** |
| v. | |
| **ROBERT J. BIRGENEAU**, *et al.*, | |
| Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has read and reviewed the docket in this matter in advance of the Case Management Conference scheduled for March 10, 2014, and sets the following trial and pretrial dates. The schedule considers the parties' requests but also anticipates potential conflicts with a significant criminal trial scheduled for the fall of 2015.

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, November 17, 2014 at 2:00 p.m. |
| REFERRED TO **MANDATORY SETTLEMENT CONFERENCE** WITH: | Magistrate Judge Kandis A. Westmore |
| TO BE COMPLETED BY: | September 30, 2014 |
| REFERRED FOR ALL **DISCOVERY DISPUTES** TO: | Magistrate Judge Donna M. Ryu |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | May 16, 2014 |
| NON-EXPERT DISCOVERY CUTOFF: | November 28, 2014 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: December 19, 2014<br>Rebuttal: January 23, 2015 |
| EXPERT DISCOVERY CUTOFF: | February 13, 2015 |

| | |
|---|---|
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | April 21, 2015 |
| COMPLIANCE HEARING (*See Below*) | Friday, June 5, 2015 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | Friday, June 12, 2015 |
| PRETRIAL CONFERENCE: | Tuesday, June 26, 2015 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, July 20, 2015 at 8:30 a.m. for 5 days (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, June 5, 2015, at 9:01 a.m. is intended to confirm that counsel understand the obligations required under the Pretrial Order and are in the process of timely meeting and conferring as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

The Case Management Conference currently set for Monday, March 10, 2014, is **VACATED**.

**IT IS SO ORDERED.**

Dated: March 6, 2014

                                    _____
                                    **YVONNE GONZALEZ ROGERS**
                                    **UNITED STATES DISTRICT COURT JUDGE**

---

[1] *See* Standing Order regarding Pre-filing Conference requirements for motions for summary judgment. The Court does not set a date for the Pre-Filing Conference at this time.