**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YVETTE FELARCA, ET AL.,

        Plaintiff(s),

    v.

ROBERT J. BIRGENEAU, ET AL.,

        Defendant(s).

_____/

No. C-11-05719-YGR (DMR)

**ORDER DENYING EX PARTE DISCOVERY LETTER [DOCKET NO. 304] WITHOUT PREJUDICE**

Defendants have filed an *ex parte* discovery letter. [Docket No. 304.]  This court's discovery procedures require the parties to meet and confer "**in person or by telephone**" prior to filing a discovery letter, and to file a *joint* letter if they are unable to resolve their discovery disputes without court intervention.  *See* Docket No. 227 (emphasis in original).  Defendants have failed to meet this requirement.  Accordingly, the *ex parte* discovery letter is **denied without prejudice.**  The parties are ordered to meet and confer in accordance with the court's discovery procedures; if they remain unable to resolve their disputes without court intervention, they must file a joint discovery letter by **October 20, 2014.**

    IT IS SO ORDERED.

Dated:  October 10, 2014

_____
DONNA M. RYU
United States Magistrate Judge