UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE FELARCA, ET AL., | No. C-11-05719 DMR |
| Plaintiff(s), | **ORDER RE: RESPONSE TO DEFENDANTS' EX PARTE DISCOVERY LETTER [DOCKET NO. 314]** |
| v. | |
| ROBERT J. BIRGENEAU, ET AL., | |
| Defendant(s). | |

The court is in receipt of Defendants' ex parte discovery letter. [Docket No. 314.] Plaintiffs shall file a response to Defendants' letter by **October 21, 2014.** Any response shall not exceed three pages.

IT IS SO ORDERED.

Dated: October 19, 2014

_____
DONNA M. RYU
United States Magistrate Judge