UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**YVETTE FELARCA, ET AL.,**

    Plaintiffs,

  v.

**ROBERT J. BIRGENEAU, ET AL.,**

    Defendants.

Case No.  11-cv-05719-YGR

**ORDER VACATING HEARING**

Now pending before the Court are the following motions:

(1)　Motion to Dismiss Defendants Captain Madigan and Sergeant Rodrigues (Dkt. No. 264);

(2)　Motion to Dismiss Claims In Third Amended Complaint Against Defendant Mogulof (Dkt. No. 282);

(3)　Motion to Dismiss Claims In Third Amended Complaint Against Defendants Brashear, Jewell, Kasiske, Rodrick, Suezaki, Tucker and J. Williams (Dkt. No. 283);

(4)　Motion to Dismiss Defendants Odyniec, Tinney, and Wong (Dkt. No. 285);

(5)　Motion for Leave to File Fourth Amended Complaint (Dkt. No. 287).

The Court has determined that the motions are appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

Accordingly, the hearings set for **October 28, 2014,** are **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: October 23, 2014

                                              **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT**