UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YVETTE FELARCA, ET AL.,**<br>Plaintiffs,<br>v.<br>**ROBERT J. BIRGENEAU, ET AL.,**<br>Defendants. | Case No.  11-cv-05719-YGR<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME TO COMPLETE NON-EXPERT DISCOVERY**<br><br>Re: Dkt. No. 320 |

Plaintiffs filed their Motion for Extension of Time to Complete Non-Expert Discovery on October 28, 2014.  (Dkt. No. 320.)  In their motion, plaintiffs have requested to extend the non-expert discovery cut-off from the current deadline of November 28, 2014, to April 24, 2015, and to revise the remainder of the case management schedule, including the dispositive motion hearing cutoff and the trial dates, currently set for April 21, 2015, and July 20, 2015, respectively.  (*See* Dkt. No. 205.)  Defendants have filed responses opposing the motion.  (Dkt. Nos. 321, 322, 323.)

The Court has carefully considered the motion and responses, and the pleadings and history in this action.  Based thereon, and for lack of good cause shown, the Court **DENIES** the motion for extension.

**IT IS SO ORDERED.**

Dated: November 7, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**

cc: Magistrate Judge Ryu