UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YVETTE FELARCA, ET AL.,

        Plaintiff(s),

   v.

ROBERT J. BIRGENEAU, ET AL.,

        Defendant(s).

No. C-11-05719-YGR (DMR)

**ORDER RE: DEPOSITION DATES**

The undersigned has reviewed the order by Judge Gonzales Rogers denying the parties' request to extend the case management deadlines. [Docket No. 335.] After conferring with Judge Gonzales Rogers, the undersigned orders the parties to immediately meet and confer regarding the deposition dates set forth in Docket No. 332. All depositions must be completed by January 12, 2015. The parties shall file a letter indicating the rescheduled deposition dates by **December 2, 2014.**

IT IS SO ORDERED.

Dated: November 26, 2014



DONNA M. RYU
United States Magistrate Judge