UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE FELARCA, ET AL., | No. C-11-05719-YGR (DMR) |
| Plaintiff(s), | **ORDER RE: DISCOVERY DISPUTE BETWEEN PLAINTIFFS AND ALAMEDA COUNTY SHERIFF'S OFFICE** |
| v. | |
| ROBERT J. BIRGENEAU, ET AL., | |
| Defendant(s). | |

Plaintiffs filed an ex parte discovery letter regarding a subpoena it had served on the Alameda County Sheriff's Office ("ACSO") and the refusal by ACSO's counsel to meet and confer about Plaintiffs' discovery request. [Docket No. 340.] On December 9, 2014, this court denied that letter without prejudice and required counsel for ACSO to "file a one-page letter . . . setting forth counsel's explanation for her [alleged] refusal to meet and confer." [Docket No. 341 at 2.] Counsel for ACSO responded by filing a three-page letter. [Docket No. 342.]

The court admonishes ACSO for failing to follow the court's order for a one-page letter. The court also notes that Plaintiffs' last-minute request to meet and confer regarding discovery disputes, while inadvisable, is not a sufficient reason for ACSO's failure to cooperate in the meet and confer process. Accordingly, Plaintiffs and ACSO shall meet and confer regarding the disputes raised in Docket No. 340, and shall file a joint discovery letter by **December 18, 2014** if they are unable to resolve those disputes without judicial intervention.

IT IS SO ORDERED.

Dated: December 10, 2014

DONNA M. RYU
United States Magistrate Judge