UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YVETTE FELARCA, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT J. BIRGENEAU, ET AL.,**<br><br>Defendants. | Case No.  11-cv-05719-YGR<br><br>**ORDER VACATING FURTHER CASE MANAGEMENT CONFERENCE; MODIFYING PRE-TRIAL DATES** |

The Court has reviewed the parties' Joint Case Management Statement filed January 5, 2015 (Dkt. No. 354).  In light of the statements therein, the Court **ORDERS** that the further case management conference set for January 12, 2015, is **VACATED**.

In light of the history of this case, the Court deems it necessary to advance the pretrial conference and all related dates to ensure that the case is properly prepared for trial.  Accordingly, the Court modifies the pretrial schedule as follows:

The compliance hearing currently set for June 5, 2015 at 9:01 a.m. is **ADVANCED** to May 15, 2015;

The joint pretrial conference statement filing deadline, currently set for June 12, 2015, is **ADVANCED** to May 22, 2015;

The pretrial conference currently set for Tuesday, June 26, 2015, at 9:00 a.m. is **ADVANCED** to Friday, June 5, 2015, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 6, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**