UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YVETTE FELARCA, et al.,

    Plaintiffs,

  v.

ROBERT J. BIRGENEAU, et al.,

    Defendants.

Case No. 11-cv-05719-YGR (KAW)

ORDER REGARDING PERSONAL ATTENDANCE AT THE 2/27/2015 SETTLEMENT CONFERENCE

All individuals who have authority to settle this lawsuit must be present. Since this is a further settlement conference, however, the Court will excuse the parties from personal attendance upon request, as follows:

1. Lead counsel for the plaintiffs and lead counsel for each set of defendants shall file one administrative motion for relief to excuse personal attendance on behalf of all of his/her clients requiring such relief on or before **February 25, 2015**. Each motion shall clearly identify all represented individuals requesting relief from personal attendance and those who will be attending the settlement conference.

2. <u>New Declarations:</u> Declarations from each individual party seeking relief must be attached as a tabbed exhibit to their counsel's respective motion for administrative relief and contain the following:

    a. Identify the individual or attorney who has full authority to settle the action on his/her behalf.

    b. Explicitly state that the party understands that he/she will not be consulted during the February 27, 2015 settlement conference, via telephone or otherwise, and waives the right to approve any settlement that may be agreed to on his/her

behalf.  Any party who does not wish to delegate full settlement authority to a representative who will be present at the settlement conference, must attend the settlement conference personally.

  c. Signature: The declaration may contain an electronic signature for the purposes of filing, but a declaration with an original signature must be provided to the Court upon check-in at the settlement conference.

3. Proposed Order: Each administrative motion shall be accompanied by a proposed order that lists all individuals requesting relief in a check box format, so that the Court may excuse the attendance of some or all of the parties.

4. Chambers Copies: The parties shall furnish chambers copies of the declarations to the Court, with an original signature (photocopy/fax transmission is acceptable so long as counsel certifies that he/she has a copy of the original signature or that it is in transit; electronic signature is not acceptable) on or before **February 26, 2015 at 12:00 p.m**.  If the hard copies of the declarations (electronic filing is insufficient) are not timely received by the Clerk's office, the order granting the request will be rescinded and personal attendance will be required.

5. All Parties:  On or before **February 26, 2015 at 12:00 p.m.**, all parties shall advise Ms. Imbriani as to how many people (attorneys, parties, and representatives of government agencies and/or insurance careers, if applicable) will be in attendance at the settlement conference.

6. **Defendants** shall contact Courtroom Deputy Susan Imbriani at (510) 637-3525 no later than **February 26, 2015 at 12:00 p.m.** to advise whether each set of defendants, represented by the three respective law firms, require separate rooms for the settlement conference.

IT IS SO ORDERED.

Dated: February 23, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge