# EXHIBIT 37

ERICK URIBE  Confidential                                July 28, 2014
FELARCA vs. BIRGENEAU                                              68

```
 1  other colleges.
 2      Q.   And organizers, people who had organized
 3  the protest who weren't students; did you learn
 4  that?
 5      A.   Yeah.  I -- I guess before that, I had
 6  assumed that everyone, even the organizers, were
 7  students.
 8      Q.   But now you know they weren't?
 9      A.   Right.
10      Q.   So when the police moved forward, what did
11  you do?
12      A.   So I was linking arms with the students and
13  the police moved forward, and it seemed like chaos
14  had broken out out of nowhere.  And everyone was
15  trying to stand their ground, but it seemed like it
16  was pretty easy for the police to break through the
17  line.  And despite that, I stayed where I was and
18  continued to link arms and assist people that were
19  being assaulted in any way that I could.
20      Q.   Now, you had -- you were linking arms with
21  Justin Tombolesi and Liana Mulholland, correct?
22      A.   Can I refer to --
23      Q.   Of course.  This is back in Exhibit 98.
24      A.   Yes.
25      Q.   And you don't --
```



800.211.DEPO (3376)
EsquireSolutions.com

Case 4:11-cv-05719-YGR   Document 391-40   Filed 05/04/15   Page 3 of 3

ERICK URIBE  Confidential                                    July 28, 2014
FELARCA vs. BIRGENEAU                                                  69

```
 1       A.   Initially, but I think that order probably
 2   changed as the confrontation progressed.
 3       Q.   What makes -- you said it would be easy --
 4   it was easy for the police to break through the
 5   line.  What does that mean?
 6       A.   So between the building and the last
 7   student, there was a gap in -- or at some point,
 8   they formed a gap and they were able to break
 9   through and get behind the wall that we were trying
10   to hold, and they got to where the tents were
11   pretty -- pretty easily, I thought.
12       Q.   And what's your basis for saying that it
13   was easy for them to do that?
14       A.   It didn't take very long for them to do so.
15   So --
16       Q.   It would have taken less long if the
17   protesters hadn't been blocking the way, correct?
18       A.   Right.  Yes.
19       Q.   Did you -- do you know how wide the passage
20   was that the police officers used?  This was a
21   passageway between the shrubs and the building,
22   correct?
23       A.   Yes.
24       Q.   Do you know how wide that passageway was?
25       A.   Three feet, maybe.
```

