1  J. RANDALL ANDRADA (SBN 70000)
   LYNNE G. STOCKER (SBN 130333)
2  **ANDRADA & ASSOCIATES**
   **PROFESSIONAL CORPORATION**
3  180 Grand Avenue, Suite 225
   Oakland, California  94612
4  Tel.:    (510) 287-4160
   Fax:    (510) 287-4161
5
   Attorneys for Defendants
6  SERGEANT RODRIGUES, SERGEANT WILSON,
   OFFICER ARMIJO, OFFICER BUCKHOUT, OFFICER BUSCHHUETER,
7  OFFICER GARCIA and OFFICER OBICHERE

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12

13  YVETTE FELARCA, et al.,                Case No.:  4:11-cv-05719-YGR

14          Plaintiffs,                    **NOTICE OF JOINDER AND JOINDER OF**
                                           **DEFENDANTS SGT. RODRIGUES, SGT.**
15      v.                                 **WILSON, OFFICER ARMIJO, OFFICER**
                                           **BUCKHOUT, OFFICER BUSCHHUETER,**
16  ROBERT J. BIRGENEAU, et al.,           **OFFICER GARCIA, AND OFFICER**
                                           **OBICHERE TO THE UC DEFENDANTS'**
17          Defendants.                    **BRIEF ON ISSUE OF PLAINTIFFS'**
                                           **REPRESENTATION BY RONALD CRUZ**
18

19

20

21          PLEASE TAKE NOTICE THAT Defendants Sgt. Rodrigues, Sgt. Wilson, Officer Armijo,

22  Officer Buckhout, Officer Buschhueter, Officer Garcia, and Officer Obichere of the Alameda County

23  Sheriff 's Office (hereinafter collectively "ACSO Defendants") hereby join in the UC Defendants' Brief

24  on Issue of Plaintiffs' Representation by Ronald Cruz.  (Dkt. No. 409.)

25          For the sake of brevity and judicial economy, the ACSO Defendants hereby incorporate by

26  reference, as if fully set forth herein, the UC Defendants' Brief on Issue of Plaintiffs' Representation by

27  Ronald Cruz and all papers in support thereof.  Depending upon the evidence that Plaintiffs might

28
                                           1

**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION

1    present to a jury, the ACSO Defendants reserve the right to call Mr. Cruz as a percipient witness and to

2    file motions in limine on the issue of his participation in the events of November 9, 2011 and thereafter.

3        The ACSO Defendants have not sought to use the "advocate-witness" rule to disqualify Mr.

4    Cruz as counsel for Plaintiffs and do not intend to do so. *Smith, Smith & Kring v. Superior Court*, 60

5    Cal.App.4th 573, 579-581 (1997).

6

7    Dated:      May 22, 2015                          **ANDRADA & ASSOCIATES**

8
                                                         */s/ Lynne G. Stocker*
9                                                   By _____
                                                       LYNNE G. STOCKER
10                                                  Attorneys for Defendants
                                                    SERGEANT RODRIGUES, SERGEANT
11                                                  WILSON, OFFICER ARMIJO, OFFICER
                                                    BUCKHOUT, OFFICER BUSCHHUETER,
12                                                  OFFICER GARCIA and OFFICER OBICHERE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION

2