UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**YVETTE FELARCA, ET AL.,**

    Plaintiffs,

    v.

**ROBERT J. BIRGENEAU, ET AL.,**

    Defendants.

Case No. 11-cv-05719-YGR

**ORDER DENYING PLAINTIFFS' MOTION TO EXTEND TIME TO REPLY RE: PLAINTIFFS' SECOND MOTION FOR LEAVE TO AMEND THIRD AMENDED COMPLAINT**

Dkt. No. 427

Plaintiffs have filed a Motion to Extend Time to Reply Re: Plaintiffs' Second Motion for Leave To Amend the Third Amended Complaint. (Dkt. No. 427.) Plaintiffs' Reply was due on May 27, 2015. The motion for an extension was filed on June 2, 2015. To date, no reply has been filed on Plaintiffs' motion.

Plaintiffs have requested extensions of, or failed to comply with, numerous deadlines set by this Court. The Court has been more than lenient in granting extensions and in considering late filings by Plaintiffs. In the instant request for additional time to reply on a motion they elected to file at the eleventh hour, Plaintiffs have failed to show good cause for an extension.

The request for extension of time is, therefore, **DENIED**. The Court will not consider any reply on the Second Motion for Leave To Amend the Third Amended Complaint.

This order terminates Dkt. No. 427.

**IT IS SO ORDERED.** This order terminates Dkt. No. 427.

Dated: June 5, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**