UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YVETTE FELARCA, ET AL.,**<br>Plaintiffs,<br>v.<br>**ROBERT J. BIRGENEAU, ET AL.,**<br>Defendants. | Case No. 11-cv-05719-YGR<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR A ONE-DAY EXTENSION AS MOOT;**<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO COMPLY WITH DEADLINES**<br><br>Dkt. No. 450 |

On July 21, 2015, Plaintiffs filed a Motion For A One-Day Extension To File Reply And Opposition On Motions For Summary Judgment On Issues Of Excessive Force And False Arrest, seeking an extension of time from July 21, 2015, to July 22, 2015. (Dkt. No. 450.) However, Plaintiffs failed to file a Reply and Opposition, or any other document, on July 22, 2015. The Motion for a One-Day Extension is therefore **DENIED AS MOOT**. With respect to the deadline at issue, the Court notes that it previously granted Plaintiffs' stipulated requests for extensions of this deadline, first extending the date from June 30 to July 14, 2015, then further extending the deadline to July 21, 2015. Plaintiffs' latest request, offering only that they "underestimated the difficulty" of completing their filing, did not offer good cause for an extension. Plaintiffs have been warned orally, and in writing, about their cavalier disregard of filing deadlines. They are hereby on notice that all subsequent failures to comply will carry appropriate monetary or evidentiary sanctions.

In light of the above, Plaintiffs are hereby **ORDERED TO SHOW CAUSE** why the Court should not impose monetary or evidentiary sanctions against them for their repeated, flagrant disregard of filing deadlines in connection with the summary judgment motions and throughout

1  the course of this litigation. The Court **SETS** a hearing on the Order to Show Cause on

2  **Wednesday, July 29, 2015, at 10:00 a.m.** Defendants' appearance is not required.

3  Should Plaintiffs file their Reply and Opposition on Motions For Summary Judgment On

4  Issues Of Excessive Force And False Arrest no later than **9:00 a.m. on Monday, July 27, 2015,**

5  the Court will vacate the Order to Show Cause and hearing. To the extent such Reply and

6  Opposition has not been filed by that time, Plaintiffs' shall file a written response to the Order to

7  Show Cause **no later than 9:00 a.m. on Monday, July 27, 2015**.

8  Defendants' reply on their cross-motions for summary judgment shall be due no later than

9  28 days after the filing of Plaintiffs' opposition to the cross-motions, consistent with the parties'

10 prior stipulation.

11 This order terminates Dkt. No. 450.

12 **IT IS SO ORDERED.**

13 Dated: July 23, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**