UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YVETTE FELARCA, ET AL.**, <br> Plaintiffs, <br> v. <br> **ROBERT J. BIRGENEAU, ET AL.**, <br> Defendants. | Case No. 11-cv-05719-YGR <br><br> **ORDER DIRECTING PLAINTIFFS' COUNSEL TO PAY SANCTIONS** |

On August 11, 2015, the Court issued its Order To Show Cause Re: Sanctions For Failure To Comply With Deadlines. (Dkt. No. 492, "OSC".) In that OSC, the Court directed Plaintiffs to respond as to why they failed to comply with Civil Local Rules 7-4(b) and 7-11 governing requests to submit overlength briefs and the time for doing so. As detailed in the OSC, this instance was only the most recent example of Plaintiffs' disregard of the Local Rules and Court-ordered deadlines.

The Court has received and considered Plaintiffs' written response filed August 14, 2015. (Dkt. No. 493.) The response fails to appreciate the import of the OSC. The Court has been lenient due to the significance of the issues raised in the underlying litigation and the various personal issues Plaintiffs' counsel has brought to the Court's attention. The Court has warned Plaintiffs' counsel that they must respect and follow the Court's rules, yet they have failed to do so repeatedly.

The Local Rules provide procedures for seeking relief from the Court, including requesting orders regarding extension of page limitations. Plaintiffs' counsel ignored these without justification and, in fact, do not even acknowledge their failure. Accordingly, Plaintiffs' counsel is

1  sanctioned in the amount of **$200.00** for this most recent violation of the Court's rules.  Payment
2  shall be made to the Court no later than **September 4, 2015**.
3     The Court sets a compliance hearing with respect to payment of the same on Friday,
4  **September 11, 2015,** at 9:01 a.m.  If Plaintiffs' counsel's compliance is complete, the hearing will
5  be vacated and no appearance will be required.
6     **IT IS SO ORDERED.**
7  Dated: August 19, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**

2