UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YVETTE FELARCA, ET AL.**, <br> Plaintiffs, <br> v. <br> **ROBERT J. BIRGENEAU, ET AL.**, <br> Defendants. | Case No. 11-cv-05719-YGR <br><br> **AMENDMENT TO JANUARY 27, 2016 ORDER GRANTING IN PART AND DENYING IN PART MOTIONS FOR SUMMARY JUDGMENT** |

The Court hereby **AMENDS** its January 27, 2016 Order Granting In Part And Denying In Part Motions For Summary Judgment (Dkt. No. 512) to reflect that the Cross-Motion of the Alameda County Sheriff's Office Defendants (Dkt. No. 434) is **DENIED** as to the direct excessive force claim by Plaintiff Joshua Anderson against Defendant Buckhout for the same reasons the motion was denied on the excessive force claims against Defendants Obichere, Armijo and Garcia.

While the order indicated that Plaintiffs Third Amended Complaint alleged a direct claim by Joshua Anderson against Buckhout (Dkt. No. 512 at 17:15), recounted the evidence of excessive force submitted in opposition by Joshua Anderson against him (*id*. at 19:11-14), and stated that summary judgment on the direct excessive force claims was denied with exceptions only as to Defendants Decoulode, Wilson, Buschheuter, and Rodrigues (*id.* at 29:24-28), the Order neglected to specify in the introduction and conclusion that the summary judgment motion was denied as to the direct excessive force claim by Plaintiff Joshua Anderson against Defendant Buckhout.

**IT IS SO ORDERED.**

Dated: February 24, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**