UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YVETTE FELARCA, et al.,

      Plaintiffs,

   v.

ROBERT J. BIRGENEAU, et al.,

      Defendants.

Case No.: 4:11-cv-05719-YGR

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

     PURSUANT TO THE STIPULATION OF THE PARTIES (Dkt. No. 561), the above-captioned action is **DISMISSED WITH PREJUDICE** as to Defendants Sergeant Rodrigues, Officer Armijo, Officer Buckhout, Officer Buschhueter, Officer Garcia, and Officer Obichere pursuant to Fed.R.Civ.P. 41(a)(1).

     IT IS SO ORDERED.

Dated:  September 12, 2018

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**